SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Petitioner
NEW UNITED MOTOR MANUFACTURING INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING INC.,<br><br>Movant/Petitioner,<br><br>v.<br><br>UNITED AUTO WORKERS LOCAL 2244, a labor organization,<br><br>Respondent. | Case No. CV 08 0976<br><br>DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF NUMMI'S PETITION/MOTION TO VACATE AN ARBITRATION AWARD |

I, Christian J. Rowley, declare:

1. I am an attorney at law licensed to practice before all Courts of the State of California and the United States District Court for the Northern District of California. I am a partner with the law firm of Seyfarth Shaw LLP, and counsel of record for Petitioner New United Motor Manufacturing Inc. I have personal knowledge of the facts set forth in this declaration, and if called as a witness for this purpose, I could and would testify competently under oath to them.

- 1 -
DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF NUMMI'S PETITION/MOTION TO VACATE AN ARBITRATION AWARD

2. A true and correct copy of Arbitrator Askin's November 24, 2006, Opinion is attached as *Exhibit 1* to the Appendix of Evidence & Unpublished Legal Authorities ("Appendix") filed herewith.

3. A true and correct copy of Arbitrator Askin's November 20, 2007, Supplemental Opinion and Award and Cover Letter is attached as *Exhibit 2* to the Appendix

4. A true and correct copy of the parties' current Collective Bargaining Agreement is attached as *Exhibit 3* to the Appendix.

5. A true and correct copy of cited portions of the Certified Hearing Transcript for the Arbitration at issue is attached as *Exhibit 4* to the Appendix.

6. A true and correct copy of the 1990 Staudohar Arbitration Decision and Award is attached as *Exhibit 5* to the Appendix.

7. A true and correct copy of the Respondent Union's Opening Brief as to the Second Set of Hearings in the Arbitration below is attached as *Exhibit 6* to the Appendix.

8. A true and correct copy of NUMMI's Opening Brief as to the Second Set of Hearings in the Arbitration below is attached as *Exhibit 7* to the Appendix

9. A copy of the case *Barrington v. Lockheed Martin*, 2006 U.S. Dist. LEXIS 1448 (D. Fla. 2006) is attached as *Exhibit 8* to the Appendix.

I declare under penalty of perjury of the State of California and of the United States that the foregoing is true and correct.

Executed this February 15, 2008, in San Francisco, California.

CHRISTIAN J. ROWLEY

///

- 2 -
DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF NUMMI'S PETITION/MOTION TO VACATE AN ARBITRATION AWARD

SF1 28315406.1