SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Petitioner
NEW UNITED MOTOR MANUFACTURING INC.

FILED 08 FEB 15 PM 4:02 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

BZ

NEW UNITED MOTOR MANUFACTURING INC.,

Movant/Petitioner,

v.

UNITED AUTO WORKERS LOCAL 2244, a labor organization,

Respondent.

Case No. CV 08 0976

**CERTIFICATE OF INTERESTED PARTIES**

**[UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CIVIL LOCAL RULE 3.16]**

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO DEFENDANT, UNITED AUTO WORKERS LOCAL 2244 AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Petitioner NEW UNITED MOTOR MANUFACTURING INC., certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. UAW, Local 2244 and its officers;

2. New United Motor Manufacturing Inc.;

3. General Motors; and

///

///

4. Toyota Manufacturing.

///

DATED: February 15, 2008

SEYFARTH SHAW LLP

By ______________________________
Nick C. Geannacopulos
Christian J. Rowley
Attorneys for Petitioner
NEW UNITED MOTOR MANUFACTURING INC.

///