# E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING INC.,<br><br>Movant/Petitioner,<br><br>v.<br><br>UNITED AUTO WORKERS LOCAL 2244, a labor organization,<br><br>Respondent. | CV 08 0976<br>No. 06-01407 TSZ<br>CERTIFICATE OF SERVICE |

BZ

| CERTIFICATE OF SERVICE | SEYFARTH SHAW LLP | 560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>FAX (415) 397-8549<br>TEL (415) 397-2823 |
|---|---|---|

0

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I caused to be served by having Wheels of Justice deliver the documents listed below:

CIVIL COVER SHEET

SUMMONS

PETITION & MOTION TO VACATE LABOR ARBITRATION AWARD; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

CERTIFICATE OF INTERESTED PARTIES

DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF NUMMI'S PETITION/MOTION TO VACATE AN ARBITRATION AWARD

to the following:

**Linda Lye**
**Jonathan Weisglass**
ALTSHULER BERZON LLP
177 POST STREET, SUITE 300
SAN FRANCISCO, CA 94108

_(signature)_
Lydia M. Flores
Seyfarth Shaw, LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Phone:      (415) 397-2823
Facsimile:  (415) 397-8549

SF1 28278586.2

---

CERTIFICATE OF SERVICE        **SEYFARTH SHAW LLP**        560 Mission Street, Suite 3100
San Francisco, CA 94105
FAX (415) 397-8549
TEL (415) 397-2823

1