# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

NEW UNITED MOTOR MANUFACTURING INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

UNITED AUTO WORKERS LOCAL 2244, a labor organization

CV 08 0976

*MC*

*BZ*

TO: (Name and address of defendant)

UNITED AUTO WORKERS LOCAL 2244
45201 Fremont Blvd.
Fremont, CA 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christian J. Rowley
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

FEB 15 2008

DATE_____

(BY) DEPUTY CLERK

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| CHRISTIAN J. ROWLEY, ESQ. (187293)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2492071 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NEW UNITED MOTOR MANUFACTURING, INC.

Defendant:

UNITED AUTO WORKERS LOCAL 2244, etc.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-976 BZ |
|---|---|---|---|---|

I, Ronald Marcus                      , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; PETITION AND MOTION TO VACATE LABOR ARBITRATION AWARD; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF NUMMI'S PETITION/ MOTION TO VACATE AND ARBITRATION AWARD; CERTIFICATE OF INTERESTED PARTIES; CERTIFICATE OF SERVICE; APPENDIX OF EVIDENCE SUBMITTED IN SUPPORT OF PETITIONER'S PETITION & MOTION TO VACATE LABOR ARBITRATION AWARD; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; UNITED STATES DISTRICT COURT FILING GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : UNITED AUTO WORKERS LOCAL 2244, a labor organization

By Serving         :  ANNABELLE RABINA, Union Secretary - authorized to accept service of process

Address            : 45201 Fremont Boulevard , Fremont, California  94538
Date & Time        : Wednesday, February 20, 2008 @ 1:50 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
Ronald Marcus                            d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:  649
San Francisco, California  94105            (3) County: Alameda
Phone: (415) 546-6000                       (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: February 21, 2008                      Signature:___Ronald Marcus___
                                                        Ronald Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| CHRISTIAN J. ROWLEY, ESQ. (187293)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | | (415) 397-2823 | |
| Attorneys for: **PLAINTIFF** | | Ref. No. Or File No.<br>W2492026 | |

| insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| NEW UNITED MOTOR MANUFACTURING, INC. |

| Defendant: |
|---|
| UNITED AUTO WORKERS LOCAL 2244, etc. |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-976 BZ |
|---|---|---|---|---|

I, Joshua Godar                        , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; PETITION AND MOTION TO VACATE LABOR ARBITRATION AWARD; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF NUMMI'S PETITION/ MOTION TO VACATE AND ARBITRATION AWARD; CERTIFICATE OF INTERESTED PARTIES; CERTIFICATE OF SERVICE; APPENDIX OF EVIDENCE SUBMITTED IN SUPPORT OF PETITIONER'S PETITION & MOTION TO VACATE LABOR ARBITRATION AWARD; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; UNITED STATES DISTRICT COURT FILING GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : UNITED AUTO WORKERS LOCAL 2244, a labor organization

By Serving       : TERESA MASON, Office Manager authorized by Linda Lye via telephone to accept service of process

Address          : 177 Post Street, Suite 300 , San Francisco, CA 94108

Date & Time      : Tuesday, February 19, 2008 @ 11:15 a.m.

Witness fees were : Not applicable.

Person serving:                          a. Fee for service:
Joshua Godar                             d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: *1038*
San Francisco, California 94105             (3) County: *San Francisco*
Phone: (415) 546-6000                       (4) Expires: *11/06/2009*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 19, 2008

Signature: _____
Joshua Godar


Printed on recycled paper