JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. | **Case No. CV-08-0976 BZ** <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASE** |

Pursuant to Civil Local Rules 3-12 and 7-11, Respondent submits this unopposed motion to relate *International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244 et al. v. New United Motor Manufacturing, Inc.*, Case No. CV 08-1242 SC ("*UAW v. NUMMI*"), filed on March 3, 2008, to this case.

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, and its local affiliate, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244 (collectively, "the Union") are parties to a collective bargaining agreement with New United Motor Manufacturing, Inc. ("NUMMI"). *See* Appendix of Evidence ISO Petr's Petn & Mot. to Vacate, Exh. 3 (Case No. CV 08-0976 BZ). The parties' collective bargaining agreement contains a dispute resolution mechanism that provides for arbitration. Pursuant to that dispute resolution mechanism, the Union filed a grievance challenging a sick leave policy implemented by the Company in Fall 2005. An arbitrator has issued two

decisions on the Union's grievance. *Id.*, Exhs. 1 & 2.

On February 15, 2008, NUMMI filed this petition to vacate the two arbitration decisions issued by the arbitrator on the Union's grievance. *See* Pet. & Mot. to Vacate (Case No. CV 08-0976 BZ). Subsequently, on March 3, 2008, the Union filed *UAW v. NUMMI*, Case No. CV 08-1242 SC, to confirm the same two arbitration decisions and to compel NUMMI to arbitrate the remaining issues arising from the Union's grievance. *See* Complaint in *UAW v. NUMMI*, Case No. CV 08-1242 SC.

The actions are "related cases" within the definition of Local Rule 3-12. Both this petition and *UAW v. NUMMI*, Case No. CV 08-1242 SC, concern substantially the same parties (the Union and NUMMI) and also the same transaction (the Union's grievance under the parties' dispute resolution mechanism challenging the Company's Fall 2005 sick leave policy). If these two matters proceed separately, it appears likely that there will be an unduly burdensome duplication of labor or expense.

On March 3, 2008, the day the Union filed *UAW v. NUMMI*, Case No. CV 08-1242 SC, counsel for the Union contacted counsel for NUMMI and provided him with a courtesy copy of the complaint. Counsel for NUMMI agreed that these two actions are related. Lye Decl. at ¶5.

For the foregoing reasons, the Union respectfully submits that UAW v. NUMMI, Case No. CV 08-1242 SC, be related to this matter.

Dated: March 4, 2008

Respectfully submitted,

JONATHAN WEISSGLASS
LINDA LYE
ALTSHULER BERZON LLP

By: /s/Linda Lye
Linda Lye

Attorneys for Respondent

UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASE, Case No. CV-08-0976 BZ         2