JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. | **Case No. CV-08-0976 BZ** <br><br> **DECLARATION OF LINDA LYE IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASE** |

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and am counsel for United Auto Workers Local 2244, respondent in this petition (CV 08 0976 BZ).

2. The full name of United Auto Workers, Local 2244 is International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244 ("Local 2244"). Local 2244 and the international union of which it is an affiliate, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("International"), are parties to a collective bargaining agreement with New United Motor Manufacturing, Inc. ("NUMMI"). *See* Appendix of Evidence ISO Petr's Petn & Mot. to Vacate, Exh. 3 (Case No. CV 08-0976 BZ). I am counsel to Local 2244 and the International.

3. This action is a petition by NUMMI to vacate two arbitration decisions awarded on a grievance filed by the Union pursuant to the dispute resolution mechanism provided for in the

DECL. OF LYE ISO UNOPPOSED ADMIN. MOTION TO RELATE CASE, Case No. CV-08-0976 BZ      1

parties' collective bargaining agreement.  *See* Pet. & Mot. to Vacate (Case No. CV 08-0976 BZ).

4. On March 3, 2008, Local 2244 and the International filed an action seeking to confirm the two arbitration decisions and to compel NUMMI to arbitrate the remaining issues arising from the Union's grievance.  *See* Complaint in *International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2244 et al. v. New United Motor Manufacturing, Inc.*, Case No. CV 08-1242 SC ("*UAW v. NUMMI*").

5. On March 3, 2008, the day the Union filed *UAW v. NUMMI*, Case No. CV 08-1242 SC, I contacted Nick Geannacopulos, counsel for NUMMI and provided him with a courtesy copy of the complaint.  Mr. Geannacopulos agreed that NUMMI's petition to vacate (Case No. CV 08-0976 BZ) and *UAW v. NUMMI* are related (Case No. CV 08-1242 SC).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 4, 2008 at San Francisco, California.

        /s/   Linda Lye
        LINDA LYE