1  JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
2  ALTSHULER BERZON LLP
177 Post Street, Suite 300
3  San Francisco, California  94108
Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
5  E-Mail: llye@altshulerberzon.com

6  Attorneys for Respondent

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO/OAKLAND DIVISION

10  NEW UNITED MOTOR MANUFACTURING,        **Case No. CV-08-0976 BZ**
    INC.,
11                                         **STIPULATION TO EXTEND TIME
                                           TO RESPOND TO PETITION AND
                Movant/Petitioner,         MOTION TO VACATE**
12
13          v.

    UNITED AUTO WORKERS LOCAL 2244,
14
                Respondent.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME TO RESPOND TO PETITION & MOTION TO VACATE, Case No. CV-08-0976 BZ

1

**STIPULATION TO EXTEND TIME TO RESPOND TO PETITION
AND MOTION TO VACATE**

2

3      The parties hereby stipulate to extend the time for Respondent to respond to

4  Movant/Petitioner's Petition from March 10, 2008 to March 20, 2008.  Pursuant to Local Rule 6-

5  1(a), no court order is required because the change will not alter the date of any event or any

6  deadline already fixed by Court order.

7

8  Date:    March 6, 2008                        NICK C. GEANNACOPULOS (SBN 114822)
                                                 CHRISTIAN ROWLEY (SBN 187293)
9                                                SEYFARTH SHAW
                                                 560 Mission Street, Suite 3100
10                                               San Francisco, California 94105
                                                 Telephone:  (415) 397-2823
11                                               Facsimile:   (415) 397-8549
                                                 **NGeannacopulos@seyfarth.com**
12                                               **crowley@seyfarth.com**

13

14                                               By:   /s/Christian Rowley
                                                         Christian Rowley
15
                                                 Attorneys for Movant/Petitioner
16

17

18  Date:    March 6, 2008                        JONATHAN WEISSGLASS
                                                  LINDA LYE
19                                                ALTSHULER BERZON LLP

20

21
                                                  By:   /s/Linda Lye
22                                                         Linda Lye

23                                                Attorneys for Respondent

24

25

26

27

28

STIP. TO EXTEND TIME TO RESPOND TO PETITION & MOTION TO VACATE, Case No. CV-08-0976 BZ

1

2

**ECF CERTIFICATION**

I, Linda Lye, am the ECF User whose identification and password are being used to file this

3

Stipulation to Extend Time to Respond to Petition and Motion to Vacate.  In compliance with

4

General Order 45.X.B., I hereby attest that Christian Rowley has concurred in this filing.

5

6

Dated: March 6, 2008                                           /s/   Linda Lye
                                                                      LINDA LYE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME TO RESPOND TO PETITION & MOTION TO VACATE, Case No. CV-08-0976 BZ  2