SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
NEW UNITED MOTOR MANUFACTURING INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AUTO WORKERS LOCAL 2244, a labor organization,<br><br>Defendant. | Case No. CV 08976 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of This case to a United States District Judge.

Dated: March 10, 2008

SEYFARTH SHAW LLP

By _____
Christian J. Rowley
Attorneys for Plaintiff
NEW UNITED MOTOR MANUFACTURING INC.