1 | JONATHAN WEISSGLASS (SBN 185008)
  | LINDA LYE (SBN 215584)
2 | ALTSHULER BERZON LLP
  | 177 Post Street, Suite 300
3 | San Francisco, California 94108
  | Telephone: (415) 421-7151
4 | Facsimile: (415) 362-8064
  | E-Mail: jweissglass@altshulerberzon.com
5 | E-Mail: llye@altshulerberzon.com

6 | Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., ) ) ) Movant/Petitioner, ) ) v. ) ) UNITED AUTO WORKERS LOCAL 2244, ) ) Respondent. ) ) | **Case No. CV-08-0976 TEH**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSOLIDATE HEARINGS IN RELATED CASES ON MAY 19, 2008** |

ORDER GRANTING ADMINISTRATIVE MOTION TO CONSOLIDATE HEARINGS
IN RELATED CASES ON MAY 19, 2008, Case No. CV-08-0976 TEH

1    For good cause, the hearing on Petition and Motion of Petitioner and Movant New United Motor Manufacturing, Inc. ("NUMMI") to Vacate Labor Arbitration Awards is set for May 19, 2008 so that the Court can hold a consolidated hearing with the Motion for Summary Judgment and/or Motion to Compel Arbitration and Confirm Arbitration Awards, already noticed for May 19, 2008 and brought by Plaintiffs in the related action CV-08-1242-TEH.  NUMMI is to file its reply brief in support of its Petition and Motion to Vacate Labor Arbitration Awards no later than May 5, 2008.

It is so ordered.

Dated:  _____

_____
UNITED STATES DISTRICT JUDGE