| | |
|---|---|
| JONATHAN WEISSGLASS (SBN 185008) | NICK C. GEANNACOPULOS (SBN 114822) |
| LINDA LYE (SBN 215584) | CHRISTIAN ROWLEY (SBN 187293) |
| ALTSHULER BERZON LLP | SEYFARTH SHAW |
| 177 Post Street, Suite 300 | 560 Mission Street, Suite 3100 |
| San Francisco, California 94108 | San Francisco, California 94105 |
| Telephone: (415) 421-7151 | Telephone: (415) 397-2823 |
| Facsimile: (415) 362-8064 | Facsimile: (415) 397-8549 |
| E-Mail: jweissglass@altshulerberzon.com | NGeannacopulos@seyfarth.com |
| E-Mail: llye@altshulerberzon.com | crowley@seyfarth.com |
| Attorneys for the Union | Attorneys for New United Motor Manufacturing, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. <br> ──────────────────────────── <br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 2244, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Defendant. | Case No. CV-08-0976-TEH <br> Case No. CV-08-1242-TEH <br><br> STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR JUNE ■, 2008 |

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR JUNE 9, 2008, Case Nos. CV-08-0976 TEH, CV-08-1242 TEH — 1

1         **STIPULATION AND [PROPOSED] ORDER**
2       **RESETTING HEARING DATE FOR JUNE 9, 2008**
                                          17

3     The parties, by and through their undersigned counsel, enter into the following stipulation:

4                                          **RECITALS**

5     WHEREAS, on April 29, 2008, this Court set a hearing on NUMMI's Motion to Vacate

6 Labor Arbitration Award (Case No. 08-0976-TEH) for June 2, 2008 at 10 am in Courtroom 12

7 (Doc. No. 25);

8     WHEREAS, the Court also ordered that a case management conference be held at the same

9 time as the hearing on NUMMI's Motion to Vacate;

10     WHEREAS, the Court further ordered that that NUMMI file its Reply in support of its

11 Motion to Vacate no later than May 12, 2008;

12     WHEREAS, Linda Lye, primary counsel for the International Union, United Automobile,

13 Aerospace and Agricultural Implement Workers of America, Local 2244, and International Union,

14 United Automobile, Aerospace and Agricultural Implement Workers of America (hereinafter,

15 collectively "the Union"), will be out of the country on June 2, 2008 on a pre-planned trip and thus

16 unable to attend a hearing on June 2, 2008;

17     WHEREAS, Christian J. Rowley, primary counsel for NUMMI in this matter, has several

18 pre-existing conflicts the week of May 5, 2008, during which the Reply Brief would be prepared.

19     THEREFORE, the Parties stipulate and agree, and request that the Court order, that:

20 1.     The hearing on NUMMI's Motion to Vacate Labor Arbitration Awards and case

21        management conference in related cases CV 08-0976 TEH and CV 08-1242 TEH will be

22        re-set for June 9, 2008 at 10 am in Courtroom 12;
                           17

2. NUMMI's reply brief in support of its Motion to Vacate will be filed no later than May 19, 2008.

Date: May 2, 2008

NICK C. GEANNACOPULOS
CHRISTIAN ROWLEY
SEYFARTH SHAW

By: /s/ Christian Rowley
      Christian Rowley

Attorneys for New United Motor Manufacturing, Inc.

Date: May 2, 2008

JONATHAN WEISSGLASS
LINDA LYE
ALTSHULER BERZON LLP

By: /s/ Linda Lye
      Linda Lye

Attorneys for the Union

## **ORDER**

Pursuant to the parties' stipulation, the hearing on NUMMI's Motion to Vacate Labor Arbitration Awards and case management conference in related cases CV 08-0976 TEH and CV 08-1242 TEH will be re-set for June 17, 2008 at 10 am in Courtroom 12. NUMMI shall file a reply brief in support of its Motion to Vacate no later than May 23, 2008.

Dated: 5/6/2008

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER RESETTING HEARING DATE FOR JUNE 9, 2008, Case Nos. CV-08-0976 TEH, CV-08-1242 TEH    3

**ECF CERTIFICATION**

I, Linda Lye, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Plaintiffs Leave to File First Amended Complaint.  In compliance with General Order 45.X.B., I hereby attest that Christian Rowley has concurred in this filing.

Dated:  May 2, 2008                           /s/   Linda Lye
                                                          LINDA LYE