**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, | No. C 08-0976 TEH |
| Plaintiff, | C 08-1242 TEH |
| v. | **Clerk's Notice** |
| | **Rescheduling Hearing** |
| UNITED AUTO WORKERS, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *motion hearing and initial case management conference* previously set for 06/17/08 at 10:00 AM has been rescheduled for **Tuesday, 06/17/08** at **11:00 AM**, before the Honorable Thelton E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   June 13, 2008                                    FOR THE COURT,

                                                          Richard W. Wieking, Clerk

                                                          By:_____
                                                              R. B. Espinosa
                                                              Deputy Clerk