UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: June 17, 2008

**Case No:** C 08-00976 TEH

**Case Title**: NEW UNITED MOTOR MANUFACTURING v. UNITED AUTO WORKERS

**Appearances:**

    For Plaintiff(s): Christian Rowley

    For Defendant(s): Linda Lye, Jonathan Weissglass

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**: Jim Yeomans

## PROCEEDINGS

1. Hearing on the Motion to Vacate Arbitration - held

MOTION/MATTER: ( ) Granted
    ( ) Denied
    ( ) Granted in part/Denied in part
    (X) Taken under submission
    ( ) Withdrawn/Off Calendar
    ( ) Continued to:

Order to be prepared by:    ( ) Plaintiff    ( ) Defendant    (X) Court