JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. | Case No. CV-08-0976 TEH <br><br> [PROPOSED] JUDGMENT IN A CIVIL CASE |

This action came before the Court on a hearing on Movant/Petitioner New United Motor Manfacturing, Inc.'s Petition and Motion to Vacate Labor Arbitration Award. The issues have been heard and a decision has been rendered. Good cause appearing therefore, the Court hereby DENIES the Petition and Motion, and CONFIRMS Arbitrator Askin's 2006 Opinion and Award and 2007 Supplemental Opinion and Award. It is ORDERED and ADJUDGED that judgment is hereby entered in accordance with the Court's Order dated June 19, 2008.

Dated: 06/24/08

UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson

[PROPOSED] JUDGMENT IN A CIVIL CASE, Case No. CV-08-0976 TEH          1