JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>Movant/Petitioner,<br><br>v.<br><br>UNITED AUTO WORKERS LOCAL 2244,<br><br>Respondent. | **Case No. CV-08-0976 TEH**<br><br>**DECLARATION OF MICHAEL RUBIN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

**DECLARATION OF MICHAEL RUBIN**

I, Michael Rubin, declare as follows:

1. I am a partner in the San Francisco law firm of Altshuler Berzon LLP and am a member of the State Bar of California.

2. I graduated in 1977 from the Georgetown University Law Center, where I was an Editor of the Georgetown Law Journal. I clerked for Judge Charles B. Renfrew of the United States District Court for the Northern District of California (1978-79), Chief Judge James R. Browning of the United States Court of Appeals for the Ninth Circuit (1979-80), and Justice William J. Brennan, Jr. of the United States Supreme Court (1980-81). I specialize in complex civil litigation.

3. In 2002, I was named a "California Lawyer of the Year" by California Lawyer magazine. In 2003, I was a co-recipient of the "Trial Lawyer of the Year" Award from the Trial Lawyers for Public Justice. I have been listed for several years in "The Best Lawyers in America" under the labor and employment category, and I am listed in the 2007 and 2008 editions of those volumes under both the appellate category and the labor and employment category. San Francisco Magazine has named me among its Northern California "Super Lawyers" in the appellate practice area in each of the past three years. In 2006, I was named as a member of the "Lawdragon 500" by Lawdragon Magazine; and in 2007, I was named by that magazine as one of the 500 leading plaintiffs' counsel and as one of the 500 leading lawyers in the country. Earlier this year, I was elected to the College of Labor and Employment Lawyers. I am a former Vice-Chair and Secretary of the Executive Board of the Litigation Committee of the Bar Association of San Francisco.

4. Altshuler Berzon LLP frequently represents parties litigating court-awarded fee issues in civil rights and other cases in state and federal courts. My partners and I have represented plaintiffs or defendants in dozens of fees cases during the past 30 years, including: *AFL-CIO v. Employment Development Department*, 88 Cal.App.3d 881 (1979); *Alcarez v. Block*, No. Civ. S-82-298 RAR (E.D.Cal. 1984); *Anderson v. Butz*, No. S-75-401 TJM (E.D.Cal. 1980), *appeal dismissed* No. 80-4287 (9th Cir. 1980); *Bell v. Farmers*, No. 774013-0 (Alameda County Superior Court 2000), *aff'd* 115 Cal.App.4th 715, 765 (2004); *Breaux v. Agency Rent-A-Car*, No. C92-2717-WHO (N.D.Cal. 1996); *Brower v. Daley*, No. C99-3892 THE (N.D.Cal 1999), No. 00-15968 (9th Cir.

2000); *CALCOA v. Schweiker*, No. S-80-991 MLS (E.D.Cal. 1983), *appeal dismissed* (9th Cir. 1983) No. 83-2093; *California Labor Federation, AFL-CIO v. Occupational Safety and Health Standards Board,* 5 Cal.App.4th 984 (1992); *Cannon v. Edgar*, 33 F.3d 880 (7th Cir. 1994); *Cherco v. County of Sonoma*, No. C-80-0334 THE (N.D.Cal. 1984); *Cremin v. Merrill Lynch*, 957 F. Supp. 1460 (N.D. Ill. 1997); *Diaz v. San Jose Unified School District*, No. 71-2130 RFP (N.D. Cal. 1989); *Duffield v. Robertson Stephens & Company*, 144 F.3d 1182 (9th Cir. 1998); *Figueroa v. Guess, Inc.*, No. BC 155 165 (L.A. County Superior Court 2000); *Gerke v. Waterhouse Securities Inc.*, No. C-98-4081 CAL (N.D. Cal. 1999); *Govett American Endeavour Fund, Ltd. v. Trueger*, No. C95-0460 FMS (N.D.Cal. 1996); *Hamilton v. Great Expectations*, Coordination No. 2647 (Contra Costa County Superior Court 1994); *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1996); *Johnson v. Rank*, CCH Medicare & Medicaid Guide ¶34543, 35026 (N.D.Cal. 1985); *Keiffer v. Bechtel Corporation*, No. 974 305 (S.F. Superior Court 1999); *La Raza Unida v. Volpe*, 545 F. Supp. 36 (N.D. Cal. 1982); *Lynch v. Rank*, No. 83-2340 (N.D. Cal. 1983), *aff'd* 747 F.2d 528, *modified*, 763 F.2d 1098 (9th Cir. 1985); *Martens v. Smith Barney Inc.*, 181 F.R.D. 243 (S.D.N.Y. 1998); *McLendon v. The Continental Group*, Nos. 83-1340, 89-4066 (D.N.J. 1994); *Natural Resources Defense Council v. Duvall*, No. CIV-S-88-0375 LKK (E.D.Cal. 1993); *Natural Resources Defense Council v. Lujan*, No. CIV-S-85-1214-LKK-JM (E.D.Cal. 1994); *Natural Resources Defense Council v. Patterson*, No. CIV-S-88-1658-LKK (E.D. Cal. 1999); *Natural Resources Defense Council v. Strock*, No. 981506 (S.F. Superior Court 1998); *Natural Resources Defense Council v. Wilson*, No. 97-CS-01886 (Sacramento Superior Court 1999); *Roman v. City of Richmond*, Nos. 80-4702 RPA, 82-0142 RPA (N.D.Cal. 1984); *San Franciscans for Reasonable Growth v. San Francisco*, Nos. 791-326, 791-327, 792-552, 793-064 (S.F. Superior Court 1984); *Semler v. First Colony Life Insurance Company*, No. 984902 (S.F. Superior Court 2001); *Serrano v. Unruh*, 32 Cal.3d 621 (1982); *SEIU v. Healthcare Investments*, No. BC 235051 (L.A. Superior Court 2000); *Sneede By Thompson v. Cove*, 856 F. Supp. 526 (N.D. Cal. 1994); *UAW v. Johnson Controls, Inc.*, 111 S.Ct. 1196 (1991); *Vasquez v. State of California*, No. S143710 (Cal. S.Ct.) (awaiting argument); *Wallace v. Consumers Cooperative of Berkeley, Inc.*, 170 Cal.App.3d 836 (1985); *Walls v. Mississippi State Department of Public Welfare*, No. GC-75-108-NB (N.D. Miss. 1995); *Welsh v.*

*City and County of San Francisco*, No. C93-03722 DLJ (N.D. Cal. 1995); *Wedges/Ledges of California, Inc. v. City of San Diego*, No. 567013 (San Diego County Superior Court 1988); *White v. City of Richmond*, 713 F.2d 458 (9th Cir. 1983); *Word v. S.F. Housing Authority*, No. 978-188 (S.F. Superior Court 1996); *Zambrano v. Oakland Unified School District*, 229 Cal.App.3d 802 (1992).

5. I have been a panelist or principal speaker addressing attorneys' fee issues at many continuing education panels, have testified in court about fees issues, and have been called upon as an expert in fees litigation to state my opinion as to the appropriateness of fees and/or hourly rates requested by counsel in cases under state and federal fee-shifting statutes.

6. During the course of my representation of my clients and other counsel in attorneys' fees litigation in state and federal court, I have had considerable opportunity to familiarize myself with the hourly rates charged by attorneys of varying degrees of experience. Among the law firms whose attorneys' hourly rates I have reviewed are: Heller, Ehrman, White & MacAuliffe; Keker & Van Nest; Latham & Watkins; Leonard, Carder, Ross & Zuckerman; Lieff, Cabraser, Heimann & Bernstein; Morrison & Foerster; Munger, Tolles & Olson; Orrick, Herrington & Sutcliffe; Rosen, Bien & Galvin; Rothner, Segall & Greenstone; Rudy, Exelrod & Zieff; Strumwasser & Woocher; Thelen, Marrin, Johnson & Bridges; and Traber & Voorhees. I am also familiar with the hourly rates awarded by state and federal courts in the cases in which my law firm has acted as fees counsel during the past 30 years, as well as the rates awarded in many other fees cases by state and federal courts in the Bay Area and throughout the country. In addition, I have reviewed many published surveys of attorneys' billing rates, both in the Bay Area and elsewhere.

7. I am familiar with the qualifications and experience of the Altshuler Berzon LLP attorneys for whom Respondent United Auto Workers, Local 2244 seeks compensation.

8. Jonathan Weissglass received his B.A. from Yale College in 1989 and his J.D. from Yale Law School in 1994. From 1994-95, he served as a law clerk to Chief Judge Myron H. Thompson of the United States District Court for the Middle District of Alabama. From 1995-96, he was the Karpatkin Fellow in the National Legal Department of the American Civil Liberties Union in New York. He has been at Altshuler Berzon LLP since 1996, and a partner since 2003.

He has argued before the United States, California, and Florida Supreme Courts; the United States Court of Appeals for the Ninth Circuit; the California Courts of Appeal; and numerous federal and state trial courts in California and throughout the country.

9. Linda Lye graduated *summa cum laude* and Phi Beta Kappa from Yale College in 1993 with a B.A. in Literature. She received a J.D. in 1999 from the University of California at Berkeley, Boalt Hall School of Law and was a member of the Order of the Coif. Following law school, she served as a law clerk to Judge Guido Calabresi of the United States Court of Appeals for the Second Circuit and Justice Ruth Bader Ginsburg of the United States Supreme Court. She has been at Altshuler Berzon since 2002, and a partner since 2008. She has argued before the United States Court of Appeals for the Ninth Circuit and California Court of Appeals, and the United States District Court for the Northern District of California. She has also successfully represented parties in the United States Supreme Court in a case involving complex jurisdictional, water law, and property rights issues.

10. Peder J. Thoreen graduated from Pomona College with a B.A. in 1997 and from Yale Law School with a J.D. in 2001. Prior to join Altshuler Berzon LLP as an associate in 2004, he worked for Simpson Thacher & Bartlett LLP, and served as a law clerk to Judge Dean Pregerson of the United States District Court for the Central District of California and Judge Harry Pregerson of the United States Court of Appeals for the Ninth Circuit.

11. Jennifer Sung received her B.A. from Oberlin College in 1994 and her J.D. from Yale Law School in 2004. She served as a law clerk to Judge Betty B. Fletcher of the United States Court of Appeals for the Ninth Circuit for one year after law school, and then was a Skadden Fellow with the Brennan Center for Justice for two years. She joined Altshuler Berzon LLP as an associate in 2007.

//

//

//

//

//

12. I am informed and believe that Respondent is requesting compensation for professional services at the following hourly rates:

| *Timekeeper* | *Hourly Rate* |
|---|---|
| Jonathan Weissglass | $590 |
| Linda Lye | $470 |
| Peder Thoreen | $420 |
| Jennifer Sung | $345 |
| Paralegals | $195 |

13. The market rate fees set forth above for the Altshuler Berzon LLP attorneys and paralegals who worked on this case are the firm's 2008 hourly billing rates for commercial litigation clients. The firm has frequently been awarded fees at current commercial hourly rates in prior cases.

14. I believe that the hourly rates requested for the attorneys and paralegals in this litigation are at or below the market rates for comparably qualified and experienced counsel handling similar litigation in the Bay Area and for paralegals.

15. It is the prevailing practice in the San Francisco-Bay Area legal community for lawyers to bill to clients such case-related costs as court reporter fees/transcripts, courier, facsimile, computer research, in-house photocopying and printing, telephone calls, postage, and travel. These costs are not included as overhead covered by the lawyers' hourly rates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2008, at San Francisco, California.

Michael Rubin