JONATHAN WEISSGLASS (SBN 185008)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jweissglass@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. | **Case No. CV-08-0976 TEH** <br><br> **[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

1  The Motion of Respondent United Auto Workers, Local 2244 for an award of its attorneys' fees and expenses came before the Court for a hearing on September 8, 2008. After considering the papers filed in support of and in opposition to the motion and the arguments of counsel, and all other matters presented to the Court, the Court finds that Respondent's motion should be GRANTED. Petitioner New United Motor Manufacturing, Inc. is hereby ordered to pay Respondent $78,435.29 (comprised of $73,263.50 in attorneys' fees and $5,171.79 in litigation expenses), plus any additional fees and expenses incurred by Respondent after July 5, 2008 in this matter.

IT IS HEREBY ORDERED that Respondent's Motion is GRANTED.

Dated: _____

_____
DISTRICT COURT JUDGE