**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Movant/Petitioner, <br><br> v. <br><br> UNITED AUTO WORKERS LOCAL 2244, <br><br> Respondent. <br><br><br> UNITED AUTO WORKERS LOCAL 2244, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW UNITED MOTOR MANUFACTURING, INC. <br><br> Defendant. | NO. C 08-0976 TEH <br> NO. C 08-1242 TEH <br><br> ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING DATE, AND REFERRING MOTION FOR ATTORNEY'S FEES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

The Court is in receipt of the Parties Stipulation and [Proposed] Order requesting that the Court continue the Case Management Conference currently set for August 11, 2008 at 1:30 p.m. The Case Management Conference is hereby VACATED.

The Hearing on Respondent's Motion for Attorney's Fees and Expenses in Case No. C-08-0976, now set for September 8, 2008, is also VACATED. The parties are hereby referred to Magistrate Judge Bernard Zimmerman for a settlement conference. The Court

does not, with this referral, express any opinion on the merits of the motion. If the parties are unable to reach agreement on the attorney's fees issue after the settlement conference, they shall so inform the Court, and the Court will set a briefing schedule for the opposition and reply, and a hearing date on the motion.

**IT IS SO ORDERED.**

Dated:  August 7, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT